NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER CROPSCIENCE AG, BAYER CROPSCIENCE NV,**
*Plaintiffs-Appellees*

v.

**DOW AGROSCIENCES LLC, MYCOGEN PLANT SCIENCE, INC., AGRIGENETICS, INC., dba Mycogen Seeds, LLC, PHYTOGEN SEED COMPANY, LLC,**
*Defendants-Appellants*

---

2016-1530, -1623

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 2:12-cv-00047-RAJ-RJK, Judge Raymond Alvin Jackson.

---

**ON MOTION**

---

**O R D E R**

Appellants submitted a "conditional motion" for a 60-day extension of time to file their opening brief. Appellants subsequently submitted a letter dated April 19,

2016, which the court construes as a motion to withdraw the conditional motion for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw is granted. The conditional motion for an extension of time is withdrawn.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32